PER CURIAM.
Affirmed. See Correll v. State, 523 So.2d 562 (Fla.), cert. denied, 488 U.S. 871, 109 S.Ct. 183, 102 L.Ed.2d 152 (1988); In re Estate of Carpenter, 253 So.2d 697 (Fla.1971); Zinnser v. Gregory, 77 So.2d 611 (Fla.1955); In re Wilmott’s Estate, 66 So.2d 465 (Fla.1953); Hooper v. Stokes, 107 Fla. 607, 145 So. 855, petition to recall mandate denied, 107 Fla. 607, 146 So. 668 (1933); Mathieu v. Schnitzer, 559 So.2d 1244 (Fla. 4th DCA), rev. dismissed, 570 So.2d 1306 (Fla.1990); Langford v. McCormick, 552 So.2d 964 (Fla.1st DCA 1989), rev. denied, 562 So.2d 346 (Fla.1990); Coppock v. Carlson, 547 So.2d 946 (Fla. 3d DCA 1989), rev. denied, 558 So.2d 17 (Fla.1990); Malver v. Sheffield Indus., Inc., 502 So.2d 75 (Fla. 3d DCA 1987); Stambor v. One Hundred Seventy-Second Collins Corp., 465 So.2d 1296 (Fla. 3d DCA), rev. denied, 476 So.2d 675 (Fla.1985); Laufer v. Norma Fashions, Inc., 418 So.2d 437 (Fla. 3d DCA 1982); Green v. Hartley Realty Corp., 416 So.2d 50 (Fla. 3d DCA 1982); In re Estate of Supplee, 247 So.2d 488 (Fla. 2d DCA), cert. denied, 250 So.2d 275 (Fla.1971); Reinhardt v. Reinhardt, 131 So.2d 509 (Fla. 3d DCA 1961), cert. dismissed, 139 So.2d 697 (Fla.1962); Skelton v. Davis, 133 So.2d 432 (Fla. 3d DCA 1961); Driscoll v. Morris, 114 So.2d 314 (Fla. 3d DCA 1959).